AO 91 (Rev. 08/09)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### for the

Northern District of California 2014 AUG 11  P 2: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| CHRISTIAN PALOMINO | ) Case No. |
| | ) |
| _____ | ) **4 - 14 - 7 1 0 6 7** |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 7, 2014 _____ in the county of _____ Alameda _____ in the
_____ Northern _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 39A | The defendant knowingly aimed the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States. |
| | Maximum penalties: 5 years in prison; $250,000 fine; 3 years supervised release; and a $100 special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF THIS COMPLAINT

☑ Continued on the attached sheet.

Approved as to form:

*Brian C. Lewis*
Brian Lewis, AUSA

_____
*Complainant's signature*

Brian Koh, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/11/14

*Kandis Westmore*
*Judge's signature*

City and state:        Oakland, California

Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF BRIAN KOH

I, Brian Koh, Special Agent, Federal Bureau of Investigation (FBI), Oakland, California, being duly sworn state:

### INTRODUCTION

1.      I am a Special Agent of the FBI and have been so employed since September of 2006.   Currently I am assigned to the Violent Crimes and Major Offender Squad at the Oakland Resident Agency, San Francisco Field Office, where my responsibilities include the investigation of aiming a laser pointer at an aircraft.

2.      I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging Christian Palomino with aiming a laser pointer at an aircraft, in violation of Title 18 United States Code § 39A.

3.      In connection with my official duties, I have participated in the investigation of Christian Palomino for aiming a laser pointer at a California Highway Patrol (CHP) helicopter in Oakland, California, on June 7, 2014.   I have obtained the information set out in this affidavit from officers from the CHP and from my own investigation.   My 8 years of experience as an FBI Special Agent, during which I have received training in the investigation of national security and criminal matters, and my participation in this investigation as described above, form the basis of the opinions and conclusions set forth below.

4.      Because this affidavit is submitted for the limited purpose of this criminal complaint, I have not included each and every fact known to me about this investigation.   Rather, I have set forth those facts that I believe are sufficient to establish probable cause that Christian Palomino committed the aforementioned offense.

1

## APPLICABLE STATUTE

5.      18 U.S.C. § 39A(a) provides in relevant part that:   "Whoever knowingly aims the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both."

## FACTS ESTABLISHING PROBABLE CAUSE

*A California Highway Patrol helicopter is Targeted with a Green Laser.*

6.      On June 7, 2014, at around 11:10 p.m., two CHP officers (pilot and flight officer) in a CHP helicopter were patrolling over the city of Oakland when they monitored a call on the Oakland Police Department (OPD) radio of an incident near the intersection of Bancroft Avenue and Seminary Avenue.   The CHP helicopter responded to the area to provide assistance.   While flying over the intersection to provide assistance, the flight officer in the CHP helicopter noticed a bright green flash from the left side and immediately recognized it as a green laser being pointed at the CHP helicopter.   The flight officer was able to quickly indentify the green laser flash because he had previous experience being aimed at with a laser while in the aircraft.

7.      The CHP flight officer activated the camera mounted on the helicopter and began searching for the source of the laser.   During the search, the flight officer observed another flash of green laser and was able to locate two suspects as the source.   The flight officer observed the two suspects walking in the street near the intersection of Seminary Avenue and Elizabeth Street. While attempting to locate the source of the laser flash, the CHP helicopter was also assisting the OPD with another incident, which turned into a foot pursuit.   Therefore, the two officers in the

2

CHP helicopter had to divert their attention back and forth between searching for the source of the laser and providing assistance to the OPD.

8.    After identifying the two suspects, the CHP flight officer requested additional assistance from any available CHP ground units in the area to assist the OPD with the foot pursuit and also to assist the CHP helicopter in apprehending the two suspects with the laser.    Two CHP officers in a patrol car responded to the area identified by the CHP helicopter.

*Christian Palomino is Apprehended and Found with Green Laser.*

9.    While approaching the intersection where the two suspects were located, the CHP officers in the patrol car saw one of the suspects pointing a laser at the CHP helicopter and at the patrol car that the officers were driving.    The two CHP officers in the patrol car identified the two suspects at the intersection of Seminary Avenue and Bancroft Avenue and detained them.    One of the suspects identified himself verbally as Roberto Palomino.    The other suspect identified himself verbally as Roy Montoya.    A white AT&T cell phone and a black pen green laser were found in the right front pocket of Palomino and Palomino was arrested.    While the CHP officer was filling out Palomino's booking form, Palomino's mother arrived on scene and advised the CHP officer that the name of the suspect in custody was Christian and that Roberto was Christian's twin brother.    The suspect's twin brother was also at the scene and confirmed his name was Roberto and his brother's name was Christian.    Roberto Palomino advised he has never been arrested.

*Christian Palomino speaks to his mother about the laser incident during a jail call.*

10.    On June 13, 2014, Christian Palomino made a telephone call from Santa Rita Jail to his mother requesting bail.    The call was in Spanish, but an English translation was created.

3

During the conversation, Palomino's mother informed Palomino that he was on the news and that the news was "showing the laser--*laser*, when you were doing that to the helicopter." Palomino replies by stating "Really? Did you record that?" Later on in the conversation, Palomino referred to the lasing incident as an embarrassment. Palomino's mother replied by stating "You should be embarrassed for doing dumb-ass things."

## CONCLUSION

11.    Based on the above information, I believe that Christian Palomino aimed a laser pointer at an aircraft on June 7, 2014, in violation of Title 18, United States Code Section 39A.

I declare under penalty of perjury that the statement above are true and correct to the best of my knowledge and belief.

_____
Brian Koh, Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___11___ DAY OF AUGUST, 2014.

_____
KANDIS A. WESTMORE
United States Magistrate Judge

4