| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 18 U.S.C., Section 39A – Aiming a Laser Pointer at an Aircraft (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum Prison Term of 5 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
AUG 2 8 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─ DEFENDANT - U.S ─
▶ CHRISTIAN PALOMINO

DISTRICT COURT NUMBER
**CR14-00457 PJH**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4-14-71067

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Brian Lewis

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   06/07/2014
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR14-00457 PJH

UNITED STATES OF AMERICA,

V.

CHRISTIAN PALOMINO,

**FILED**

AUG 2 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 39(A) – Aiming a Laser Pointer at an Aircraft

A true bill.

_____John C Carroll_____
Foreman

Filed in open court this 28 day of

_____
Clerk

Bail, $ No process

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

AUG 28 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR14-00457 PJH |
| Plaintiff, | VIOLATION: 18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft |
| v. | |
| CHRISTIAN PALOMINO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about June 7, 2014, in the Northern District of California, the defendant,

CHRISTIAN PALOMINO,

knowingly aimed the beam of a laser pointer at an aircraft, a California Highway Patrol helicopter, in the special aircraft jurisdiction of the United States, in violation of Title 18, United States Code, Section

//
//
//
//
//

1  39A.

2

3  DATED: 8/28/14                                    A TRUE BILL.

4

5                                                    _John C Carroll_
                                                     FOREPERSON
6

7  MELINDA HAAG
   United States Attorney
8

9

10  _____
    THOMAS E. STEVENS
11  Chief, Oakland Branch

12

13  (Approved as to form: __Brian C Lewis__)
                              AUSA LEWIS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2